**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1258**

JONATHAN TORREY DUNCAN,

Plaintiff - Appellant,

v.

SHERIFF PENDERGRASS; ORANGE COUNTY; SOUTHERN HEALTH PARTNERS, LLC; DAVIS, Medical Doctor; DETENTION OFFICER HINKLE; DETENTION OFFICER THOMPSON; JOHN DOE 1, Nurse; JOHN DOE 2, Nurse; JOHN DOE 3, Nurse; JOHN DOE 4, Nurse; JOHN DOE 5, Nurse; JOHN DOE 6, Nurse; JOHN DOE 7, Nurse; NURSE T. HUDSON; LIEUTENANT BOLTON,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Joe L. Webster, Magistrate Judge. (1:19-cv-00459-CCE-JLW)

Submitted: October 22, 2020                    Decided: October 26, 2020

Before WYNN, FLOYD, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Jonathan Torrey Duncan, Appellant Pro Se. Christina Jansen Banfield, HARRIS, CREECH, WARD & BLACKERBY, New Bern, North Carolina; Brian Florencio Castro, Bradley O. Wood, WOMBLE BOND DICKINSON (US) LLP, Winston-Salem, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jonathan Torrey Duncan seeks to appeal the magistrate judge's report recommending that the district court dismiss Duncan's complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Duncan seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*